# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TIM MARLOWE, on behalf of himself and all others similarly situated,<br>Plaintiff,<br>v.<br>OVERBY-SEAWELL COMPANY and KEYBANK NATIONAL ASSOCIATION,<br>Defendants.<br><br>MARK SAMSEL, on behalf of himself and all others similarly situated,<br>Plaintiff,<br>v.<br>OVERBY-SEAWELL COMPANY and KEYBANK, N.A.<br>Defendants.<br><br>DANIEL BOZIN, as Executor of the Estate of AURORA MURGU, JAMES MCNICHOL, JESSICA MCNICHOL, KRISTI BURK, and PATRICIA BURK, individually and on behalf of all others simillarly situated,<br>Plaintiffs,<br>v.<br>KEYBANK, N.A. and OVERBY-SEAWELL COMPANY,<br>Defendants.<br><br>MELISSA URCIUOLI and JAMES | MDL NO. 3056<br><br>IN RE: OVERBY SEAWELL COMPANY CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>Honorable Steven D. Grimberg |

URCIUOLI, and JOSEPH TUROWSKI, JR. and TERESA TUROWSKI, on their individual behalf and on behalf of all others similarly situated,
Plaintiffs,
v.
KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY SEAWELL COMPANY,
Defendants.

KAREN AND MICHAEL MARTIN, individually and on behalf of all others similarly situated,
Plaintiffs,
v.
KEYBANK NATIONAL ASSOCIATION, KEYKORP, and OVERBY-SEAWELL COMPANY,
Defendants.

JACINT PITTMAN, individually and on behalf of all others similarly situated,
Plaintiff,
v.
KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY-SEAWELL COMPANY,
Defendants.

MICHAEL J. BROUTY, MELISSA D. KAUFFMAN, and LEBERTUS VANDEWERFF, individually and on behalf of all others similarly situated,
Plaintiffs,

| |
|---|
| v.<br>KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY-SEAWELL COMPANY,<br>Defendants.<br><br>JOYNEQUA WEST, individually and on behalf of herself and all others similarly situated,<br>Plaintiffs,<br>v.<br>OVERBY-SEAWELL COMPANY and FULTON BANK, N.A.,<br>Defendants. |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that I have read the Court's Standing Order Regarding Civil Litigation and that I will comply with its provisions during the pendency of this action.

Dated: February 22, 2023

|  |  |
|---|---|
|  | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**<br><br>*/s/ Taylor T. Hanks* |
| 3348 Peachtree Road, NE<br>Suite 1400<br>Atlanta, GA 30326<br>470-419-6650 (telephone)<br>470-419-6651 (fax)<br>taylor.hanks@wilsonelser.com | Taylor T. Hanks<br>Georgia Bar No. 786484<br><br>*Counsel for Defendant Overby-Seawell Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2023, a true copy of this Notice of Appearance was filed electronically with the Court's CM/ECF filing system, which will serve each of the parties to this Multidistrict Litigation electronically.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Taylor T. Hanks*
Taylor T. Hanks
Georgia Bar No. 786484

*Counsel for Defendant Overby-Seawell Company*