UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIM MARLOWE, on behalf of himself and all others similarly situated, Plaintiff, v. OVERBY-SEAWELL COMPANY and KEYBANK NATIONAL ASSOCIATION, Defendants; MARK SAMSEL, on behalf of himself and all others similarly situated, Plaintiff, v. OVERBY-SEAWELL COMPANY and KEYBANK, N.A. Defendants; MARIANN ARCHER and PATRICK REDDY, on behalf of herself and those similarly situated, Plaintiffs, v. OVERBY-SEAWELL COMPANY and KEYBANK, N.A. Defendants; DANIEL BOZIN, as Executor of the Estate of AURORA MURGU, JAMES MCNICHOL, JESSICA MCNICHOL, KRISTI BURK, and PATRICIA BURK, individually and on behalf of all others similarly situated, Plaintiffs, | MDL NO. 3056 IN RE: OVERBY-SEAWELL COMPANY CUSTOMER DATA SECURITY BREACH LITIGATION Honorable Steven D. Grimberg |

v.
**KEYBANK, N.A. and OVERBY-SEAWELL COMPANY,**
Defendants;

**MELISSA URCIUOLI and JAMES URCIUOLI, and JOSEPH TUROWSKI, JR. and TERESA TUROWSKI, on their individual behalf and on behalf of all others similarly situated,**
Plaintiffs,
v.
**KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY SEAWELL COMPANY,**
Defendants;

**KAREN AND MICHAEL MARTIN, individually and on behalf of all others similarly situated, Plaintiffs,**
v.
**KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY-SEAWELL COMPANY,**
Defendants.

**JACINT PITTMAN, individually and on behalf of all others similarly situated,**
Plaintiff,
v.
**KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY-SEAWELL COMPANY,**
Defendants.

| |
|---|
| **MICHAEL J. BROUTY, MELISSA D. KAUFFMAN, AND LEBERTUS VANDERWERFF** individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>**KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY-SEAWELL COMPANY,**<br>Defendants.<br><br>**JOYNEQUA WEST,** individually and on behalf of herself and all others similarly situated,<br>Plaintiffs,<br>v.<br>**OVERBY-SEAWELL COMPANY and FULTON BANK, N.A.,**<br>Defendants. |

## ORDER GRANTING THE CONSENT MOTION TO STAY

Pursuant to the Parties' CONSENT Motion to Stay, having been read and considered, the Honorable Court GRANTS the motion. Counsel representing any parties to any action filed against Overby-Seawell Company and any banking entity that is subject to transfer to or consolidation in this MDL are hereby STAYED from seeking to resolve an individual class case. Should global mediation involving all Plaintiffs in all cases subject to transfer to MDL No. 3056 be unsuccessful, the stay will remain in place until the Court sets a case management conference to discuss coordination, consolidation, scheduling, settlement and leadership applications under Fed. R. Civ. P. 23(g).

SO ORDERED, this 3rd day of March, 2023.

_____
STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE