IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

In Re: Overby-Seawell Company
Customer Data Security Breach
Litigation

Case No. 1:23-md-03056-SDG

### ORDER GRANTING DEFENDANT OVERBY-SEAWELL COMPANY'S MOTION TO COORDINATE OR CONSOLIDATE

Now before the Court is Defendant Overby-Seawell Company's (hereinafter "Defendant OSC") Motion to Coordinate or Consolidate [ECF 5]. By that Motion, Defendant OSC seeks to consolidate two tag-along actions, (1) *Sheckard, et al. v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03708-SDG (N.D. Ga.) (the "Sheckard Action"); and (2) *West v. Overby-Seawell Co., et al.*, Case No. 1:22-cv-03858-SDG (N.D. Ga.) (the "West Action"), into this multidistrict litigation (the "MDL Proceeding").

Upon consideration of the Motion, which is unopposed, and after hearing arguments of all parties' counsel by remote hearing on March 8, 2023, and for good cause shown, the Motion is hereby **GRANTED.** Pursuant to 28 U.S.C. § 1407(f) and Rule 7.2(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation and Rule 42(a) of the Federal Rules of

Civil Procedure, the Sheckard Action and the West Action are hereby consolidated into the MDL Proceeding for consolidated pretrial proceedings. Notwithstanding consolidation, Fulton Bank is excepted from the Court's Stay Order [ECF 8] for 30 days.

The Clerk of Court is **INSTRUCTED** to consolidate the Sheckard Action and West Action into this action in accordance with its procedures.

Dated: __March 9, 2023__, 2023.

                                                Honorable Steven D. Grimberg
                                              United States District Court Judge