# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In Re: Overby-Seawell Company Customer Data Security Breach Litigation | Case No. 1:23-md-03056-SDG |

## NOTICE OF UNAVOIDABLE CONFLICTS

Per the Court's instruction, counsel for Defendant OVERBY-SEAWELL COMPANY hereby gives notice to the Court and to all parties of record of their unavoidable conflicts in the month of April on the following dates:

April 3, 2023; April 5, 2023 through April 7, 2023; April 12, 2023 through April 14, 2023; and April 26, 2023.

Dated: March 16, 2023

3348 Peachtree Road, N.E.
Suite 1400
Atlanta, GA 30326
470-419-6650 (telephone)
470-419-6651 (fax)
taylor.hanks@wilsonelser.com
richard.boone@wilsonelser.com
eric.sauter@wilsonelser.com

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Taylor T. Hanks*
Taylor T. Hanks
Georgia Bar No. 786484
Richard W. Boone, Jr.
Eric J. Sauter (application for admission *pro hac vice* pending)

*Counsel for Defendant Overby-Seawell Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2023, a true copy of this Notice of Unavoidable Conflicts was filed electronically with the Court's CM/ECF filing system, which will serve each of the parties to this Multidistrict Litigation electronically.

        **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

        */s/ Taylor T. Hanks*
        Taylor T. Hanks
        Georgia Bar No. 786484

        *Counsel for Defendant Overby-Seawell Company*