# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **IN RE: OVERBY-SEAWELL COMPANY CUSTOMER DATA SECURITY BREACH LITIGATION** | Case No.: 1:22-md-03056-SDG <br><br> Honorable Steven D. Grimberg |
| **MDL No. 3056** | |

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that I have read the Court's Standing Order Regarding Civil Litigation and that I will comply with its provisions during the pendency of this action.

Respectfully submitted this 16th day of March, 2023.

<u>/s/ Joseph P. Guglielmo</u>
Joseph P. Guglielmo
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

*Counsel for Plaintiffs Karen Martin, Michael Martin, and Jacint Pittman*

1

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing pleading has been prepared with Times New Roman, 14-point font, in compliance with L.R. 5.1B.

Dated: March 16, 2023

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to all counsel of record in this matter.

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
