# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In Re: Overby-Seawell Company Customer Data Security Breach Litigation | Case No. 1:23-md-03056-SDG |

## CASE MANAGEMENT ORDER NO. 1

The Court will hold its initial case management conference on **April 27, 2023 at 10:00 am EST**. Counsel wishing to make an appearance during the conference must be in person in **Courtroom 1706**, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. Observers may attend in person or by remote means. Instructions for appearing by remote means are as follows: https://ganduscourts.zoomgov.com/j/1604019050

Meeting ID: 160 401 9050
Passcode: 770772

1. **Purposes and Agenda.** Before the conference, counsel must confer and seek consensus on items to address during the conference. Items shall include a proposed discovery plan under Federal Rule of Civil Procedure 26(f), a proposed scheduling order under Rule 16(b), a proposed schedule for leadership

applications, and settlement. The parties are **ORDERED** to file a **consolidated** notice of proposed agenda items on or before **April 24, 2023**. The notice need not take any particular form, but shall indicate areas of agreement or stipulation by the parties, as well as highlight issues that require resolution by the Court during the conference. Additional case management orders that are proposed by one or more of the parties may be attached as exhibits to this notice.

2. **List of Affiliated Companies and Counsel**. To assist the Court in identifying any potential recusal or disqualification issues, the parties are **ORDERED** to file a Certificate of Interested Persons and, if applicable, Corporate Disclosure Statement, on or before **April 24, 2023.** These filings may be made jointly or individually.

3. **Admission and Appearance of Counsel**. Any counsel wishing to appear in this case must enter a formal appearance and be listed on the docket of this MDL proceeding. Attorneys admitted to practice and in good standing in any United States District Court may appear *pro hac vice* in this litigation. No motion or application for admission is required, nor is association with local co-counsel necessary.

4. **Communication with the Court**. All communications with the Court must be either filed on the docket of this MDL proceeding, or emailed to chambers with copies to all counsel listed on the docket. Emails may be sent to Courtroom

Deputy Sonya Lee-Coggins, at Sonya_Lee-Coggins@gand.uscourts.gov.

**5.** **Litigation Stay**. Aside from the deadlines set forth in this Order, all other procedural and pre-trial deadlines are **STAYED** until the Court holds its initial case management conference.

Entered this 23rd day of March, 2023.

                                                  Honorable Steven D. Grimberg
                                                United States District Court Judge