# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In Re: Overby-Seawell Company Customer Data Security Breach Litigation | Case No. 1:23-md-03056-SDG |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Kathy Keefer moves for the entry of the Proposed Preliminary Approval Order submitted herewith, which seeks the preliminarily approval of a proposed class action settlement (the "Settlement"), certification of a proposed settlement class (the "Settlement Class"), and approval of a notice plan, as explained herein and in the supporting documents.

1. Plaintiff respectfully requests that the Court: (1) conditionally certify the Settlement Class for settlement purposes; (2) name Plaintiff Kathy Keefer as Class Representative; (3) appoint Ben Barnow of Barnow and Associates, P.C., as Class Counsel; (4) grant preliminary approval of the Settlement; (5) approve the proposed Notice and direct its distribution to Settlement Class Members; (6) set deadlines for Settlement Class Members to object or opt out; and (7) schedule a final

approval hearing, at which time the Court can consider whether to give final approval to the Settlement.

2.    The terms of the Settlement are set forth in the Settlement Agreement dated April 7, 2023, attached to this Motion as Exhibit 1 (inclusive of its Exhibits A–E).

3.    The relief sought in this Motion is supported by the Memorandum in Support (submitted herewith), the Declaration of Ben Barnow, attached to this Motion as Exhibit 2 (inclusive of its Exhibit A), and the Declaration of Christie K. Reed, attached to this Motion as Exhibit 3.

4.    Defendant Fulton Bank, N.A. does not oppose the relief requested in this motion.

WHEREFORE, Plaintiff Kathy Keefer requests that the Court enter the proposed Preliminary Approval Order.

Dated: April 7, 2023                                Respectfully submitted,

/s/ *Ben Barnow*
Ben Barnow*
Anthony L. Parkhill*
Riley W. Prince*
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312.621.2000

Fax: 312.641.5504
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com
rprince@barnowlaw.com

James M. Evangelista
(GA Bar No. 707807)
**EVANGELISTA WORLEY, LLC**
500 Sugar Mill Road, Ste. 245A
Atlanta, GA 30350
(404) 205-8400
jim@ewlawllc.com

*\*admitted pro hac vice*

*Counsel for Plaintiff Kathy Keefer*

## **LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), undersigned counsel certifies that the foregoing brief has been prepared using Times New Roman font, 14 point.

/s/ *Ben Barnow*
Ben Barnow

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed and served via the Court's electronic case filing system on April 7, 2023, on all counsel of record.

/s/ *Ben Barnow*
Ben Barnow