# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-md-03056-SDG
## In Re: Overby-Seawell Company Customer Data Security Breach Litigation
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 04/27/2023.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:55 A.M.
TIME IN COURT: 00:55
OFFICE LOCATION: Atlanta

COURT REPORTER: Alicia Bagley
CSO/DUSM: Charles Hutcheson
DEPUTY CLERK: Sonya Lee-Coggins

ATTORNEY(S) PRESENT: Anthony Parkhill and Ben Barnow representing Kathy Keefer, Margaret Sheckard, and Scott Sheckard
Taylor Hanks, Richard Winston Boone, Jr. and Eric Sauter representing Overby-Seawell Company
James Pizzirusso representing Melissa Kauffman, Michael Brouty, and Lebertus Vanderwerff
MaryBeth Gibson representing Patrick Reddy
Ryan Maxey and Kyle Wallace representing Tim Marlowe
David Lietz representing Joynequa West
Kristin Kiehn representing KeyBank, N.A. and KeyCorp
Christopher Wiech and Chelsea Lamb representing Fulton Bank, N.A. and KeyBank, N.A.

PROCEEDING CATEGORY

SCHEDULING CONFERENCE

Case Management Conference held on April 27, 2023. Following discussion with counsel, the Court indicated that preliminary approval for the Fulton Bank settlement will be granted; a written order will follow. The final fairness hearing on the settlement will be tentatively scheduled for September 2023. In addition, the following deadlines are ordered: Consolidated Amended Complaint: June 12, 2023; Parties' proposed Protective Order for mediation purposes: 30 days prior to scheduled mediation; Joint Status Report: 10 days following first day of mediation; Defendants' Responsive Pleading to Consolidated Amended Complaint: September 12, 2023; Rule 26(f) Joint Report and Discovery Plan: 30 days after any ruling on Defendants' Motion to Dismiss; Leadership Applications: August 18, 2023.