UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: Overby-Seawell Company Customer Data Security Breach Litigation | Case No. 1:23-md-03056-SDG |

**PLAINTIFF KATHY KEEFER'S MOTION FOR
AN AWARD OF ATTORNEYS' FEES, COSTS, AND EXPENSES**

Plaintiff Kathy Keefer ("Plaintiff") submits this Motion for an Award of Attorneys' Fees, Costs, and Expenses in connection with the Settlement between Plaintiff and Defendant Fulton Bank, N.A., which was preliminarily approved by this Court on May 11, 2023.

1. Plaintiff respectfully requests an award of $187,500 in attorneys' fees and reimbursement of reasonable costs and expenses in the amount of $2,454.18. Plaintiff's requested fee award makes up 25% of the common fund established for the benefit of the Settlement Class. Plaintiff's requested expenses are all reasonable, documented, and were necessary for the prosecution of the case.

2. The relief sought in this Motion is supported by the Memorandum in Support (submitted herewith), the Declaration of Ben Barnow, attached to this

Motion as Exhibit 1 (inclusive of its Exhibit A), and the Declaration of James M. Evangelista, attached to this Motion as Exhibit 2.

3. This motion will be heard at the Final Approval Hearing, which is set for September 6, 2023, at 2:00pm EST.

WHEREFORE, Plaintiff Kathy Keefer requests that the Court award Settlement Class Counsel a fee award of $187,500 and reimbursement of $2,454.18 for costs and expenses expended in relation to this lawsuit.

Dated: July 17, 2023                                        Respectfully submitted,

/s/ *Ben Barnow*
Ben Barnow*
Anthony L. Parkhill*
Riley W. Prince*
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312.621.2000
Fax: 312.641.5504
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com
rprince@barnowlaw.com

James M. Evangelista
(GA Bar No. 707807)
**EVANGELISTA WORLEY, LLC**
500 Sugar Mill Road, Ste. 245A
Atlanta, GA 30350
(404) 205-8400
jim@ewlawllc.com

*admitted pro hac vice*

*Counsel for Plaintiff Kathy Keefer*

## **LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), undersigned counsel certifies that the foregoing brief has been prepared using Times New Roman font, 14 point.

/s/ *Ben Barnow*
Ben Barnow

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed and served via the Court's electronic case filing system on July 17, 2023, on all counsel of record.

/s/ *Ben Barnow*
Ben Barnow