# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-md-03056-SDG
### In Re: Overby-Seawell Company Customer Data Security Breach Litigation
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 09/06/2023.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 3:00 P.M.
TIME IN COURT: 1:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Alicia Bagley
CSO/DUSM: Paul Winston
DEPUTY CLERK: Sonya Lee-Coggins

ATTORNEY(S) PRESENT:

Michael Berry representing Mariann Archer and Patrick Reddy

Richard Boone representing Overby-Seawell Company

MaryBeth Gibson rpresenting Adrian Khanolkar, Dhamendra DK Khanolkar, JACINT PITTMAN, James Urciuoli, Joseph Turowski, Joynequa West, Lebertus Vanderwerff, Mariann Archer, Mark Samsel, Melissa Kauffman, Melissa Urciuoli, Patrick Reddy, Teresa Turowski, and Tim Marlowe

Kristin Kiehn representing KeyBank, N.A. and KeyCorp

Chelsea Lamb representing Fulton Bank, N.A. and KeyBank, N.A.

Anthony Parkhill representing Kathy Keefer, Margaret Sheckard, and Scott Sheckard

Christopher Wiech representing Fulton Bank, N.A. and KeyBank, N.A.

| | |
|---|---|
| PROCEEDING CATEGORY: | |
| MOTIONS RULED ON: | [95]Motion to Appoint Counsel, TAKEN UNDER ADVISEMENT<br>[96]Motion for Miscellaneous Relief, TAKEN UNDERADVISEMENT<br>[97]Motion for Miscellaneous Relief, GRANTED,  and [93] Motion for Misc Relief GRANTED |
| MINUTE TEXT: | Defendants motions to dismiss are due September 12, 2023, with responses due October 12, 2023, and replies due October 26, 2023. The Court will schedule a status conference in approximately 60 days. Parties are ORDERED to file LOAs, to include conflicts in November and December 2023, no later than September 8, 2023. |