THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: Overby-Seawell Company Customer Data Security Breach Litigation | Case No. 1:23-md-03056-SDG |

**ORDER GRANTING**
**SECOND CONSENT MOTION FOR EXTENSION OF TIME**
**TO FILE MOTION FOR PRELIMINARY APPROVAL**
**OF CLASS ACTION SETTLEMENT**

For good cause shown, the Court grants the Parties' Second Consent Motion for Extension of Time for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement. Plaintiffs shall have up through and including March 29, 2024, to file their Motion for Preliminary Approval of Class Action Settlement, supporting Memorandum, the Settlement Agreement and its Exhibits.

**SO ORDERED**, this 27th day of February, 2024.

Steven D. Grimberg
United States District Judge
Northern District of Georgia