THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: Overby-Seawell Company Customer Data Security Breach Litigation | Case No. 1:23-md-03056-SDG |

**ORDER GRANTING
THIRD AND FINAL CONSENT MOTION FOR EXTENSION OF
TIME TO FILE MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

For good cause shown, the Court grants the Parties' Third and Final Motion for Extension of Time for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement. Plaintiffs shall have up through and including April 10, 2024, to file their Motion for Preliminary Approval of Class Action Settlement, supporting Memorandum, the Settlement Agreement and its Exhibits.

**SO ORDERED**, this 28th day of March, 2024.

Steven D. Grimberg
United States District Judge
Northern District of Georgia