# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-md-03056-SDG
### In Re: Overby-Seawell Company Customer Data Security Breach Litigation
### Honorable Grimberg, Steven D.

Minute Sheet for proceedings held In Open Court on 06/05/2024.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 10:50 A.M.
TIME IN COURT: 00:45
OFFICE LOCATION: Atlanta

COURT REPORTER: Alicia Bagley
TAPE NUMBER: Zoom
DEPUTY CLERK: Danielle Brye

ATTORNEY(S) PRESENT:
M. Berry representing Mariann Archer & Patrick Reddy
Richard Boone representing Overby-Seawell Company
MaryBeth Gibson representing Adrian Khanolkar, Dhamendra DK Khanolkar, Jacint Pittman, James Urciuoli, Joseph Turowski, Joynequa West, Lebertus Vanderwerff, Mariann Archer, Mark Samsel, Melissa Kauffman, Melissa Urciuoli, Patrick Reddy, Teresa Turowski, & Tim Marlowe
Kristin Kiehn representing KeyBank, N.A. & KeyCorp
Chelsea Lamb representing Fulton Bank, N.A. & KeyBank, N.A.
David Lietz representing Joynequa West
Anthony Parkhill representing Kathy Keefer, Margaret Sheckard, & Scott Sheckard
James Pastore representing KeyBank, N.A. & KeyCorp
John Yanchunis representing Tim Marlowe

OTHER(S) PRESENT: Via Zoom: Nicholas Elia

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MOTIONS RULED ON: [134]Motion for Settlement TAKEN UNDER ADVISEMENT

MINUTE TEXT: Motion hearing held via on June 5, 2024. The Court heard argument regarding ECF [ 134] Motion for Settlement. The Court took the motion under advisement.