# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-md-03056-SDG
### In Re: Overby-Seawell Company Customer Data Security Breach Litigation
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 12/09/2024.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:10 P.M.
TIME IN COURT: 00:10
OFFICE LOCATION: Atlanta

COURT REPORTER: Alicia Bagley
TAPE NUMBER: Zoom
DEPUTY CLERK: Danielle Brye

**ATTORNEY(S) PRESENT:** Richard Boone representing Overby-Seawell Company
Marc Dann representing Daniel Bozin, James McNichol, Jessica McNichol, Kristi Burk, and Patricia Burk
MaryBeth Gibson representing Adrian Khanolkar, Dhamendra DK Khanolkar, Jacint Pittman, James Urciuoli, Joseph Turowski, Joynequa West, Lebertus Vanderwerff, Mariann Archer, Mark Samsel, Melissa Kauffman, Melissa Urciuoli, Patrick Reddy, Teresa Turowski, and Tim Marlowe
Gregory Haroutunian representing Adrian Khanolkar, Dhamendra DK Khanolkar, Jacint Pittman, James Urciuoli, Joseph Turowski, Joynequa West, Lebertus Vanderwerff, Mariann Archer, Mark Samsel, Melissa Kauffman, Melissa Urciuoli, Patrick Reddy, Teresa Turowski, and Tim Marlowe
James Pastore representing KeyBank, N.A. and KeyCorp
Eric Sauter representing Overby-Seawell Company

**PROCEEDING CATEGORY:** Motion Hearing(Motion Hearing Non-evidentiary).

**MOTIONS RULED ON:** [151]Motion for Attorney Fees GRANTED
[154]Motion for Settlement GRANTED

**MINUTE TEXT:** Motion hearing held on December 9, 2024.The Court GRANTED [ECF 154] Motion for Settlement Final Approval of Class Action Settlement and [ECF 151] Motion for Attorney Fees. Separate order to follow.

**HEARING STATUS:** Hearing Concluded